JS6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| PAYMAN R. EMMANUEL, M.D., INC. D/B/A ORTHOPEDIC & SPINE INSTITUTE OF LOS ANGELES<br><br>Plaintiff,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS, an Illinois Corporation; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation; and DOES 1 through 100,<br><br>Defendants. | Case No. 2:20-cv-11798-RGK-EX<br><br>[PROPOSED] ORDER ON RULE 41 STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>[50]<br><br>Complaint filed: November 9, 2020 |

The Court, having considered the Rule 41 Stipulation For Dismissal With Prejudice filed, and good cause appearing, IT **IS HEREBY ORDERED THAT:** The Action is **DISMISSED WITH PREJUDICE**. Each party to incur its own costs and attorney's fees.

**DATED:** January 20, 2022

Hon. R. Gary Klausner
United States District Judge

1
[PROPOSED] ORDER ON RULE 41 STIPULATION FOR DISMISSAL WITH PREJUDICE